# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRI Y. O'BRYAN, an individual, ) | 3:04-CV-482-RAM |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | December 27, 2005 |
| ) | |
| STATE OF NEVADA, ex rel., ITS ) | |
| DEPARTMENT OF CONSERVATION ) | |
| AND NATURAL RESOURCES, ) | |
| DIVISION OF ENVIRONMENTAL ) | |
| PROTECTION, ) | |
| ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 2, 2005, Defendant filed a Motion for Summary Judgment (Doc. #14). Plaintiff has failed to oppose the Motion.

Plaintiff shall be given an additional twenty (20) days from the date of this order within which to file an opposition to Defendant's Motion for Summary Judgment (Doc. #14). Plaintiff is cautioned that failure to oppose the motion for summary judgment constitutes a consent to the granting of the motion. *See*, Local Rule 7-2(b).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
                    Deputy Clerk

Case 3:04-cv-00482-RAM-RAM   Document 19   Filed 12/27/05   Page 2 of 2